# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY SNYDER, JR., | No. 4:15-CV-2064 |
| Plaintiff, | (Judge Brann) |
| v. | |
| NANCY BERRYHILL, | (Magistrate Judge Arbuckle) |
| *Acting Commissioner of Social Security*, Defendant. | |

## ORDER

**AND NOW**, this 13th day of August 2018, having conducted a de novo review, and no opposition having been filed in response to the Report and Recommendation of the magistrate judge, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's July 18, 2018 Report and Recommendation, ECF No. 15, is **ADOPTED in full**.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. Final Judgment is entered in favor of Defendant and against Plaintiff pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g).

4. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge